**650**

**Thomas Lattie MCLAMB,
Plaintiff—Appellant,**

v.

**W.F. DALIUS, Warden; Kathleen
Hawk–Sawyer, Director; J. Frank
Bradsher, Defendants—Appellees.**

No. 03–7753.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 29, 2004.

Decided Feb. 9, 2004.

Thomas Lattie McLamb, Appellant pro
se.

Before WILKINSON, MICHAEL, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Thomas Lattie McLamb appeals the district court's order and order on reconsideration denying his *Bivens* * claim. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. *See McLamb v. Dalius,* No. CA–03–662–5–BO (E.D.N.C. Sept. 8 & Oct. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct.

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*